**(February 3, 1954.)**

(Republished.)

■

GEORGE W. McGRATH, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Botein and Bergan, JJ. [See *ante,* p. 693, *post,* p. 794.]

**(February 8, 1954.)**

■

In the Matter of EDWIN ALEXANDER et al., Appellants, against NEW YORK STATE COMMISSION TO INVESTIGATE STATE AGENCIES IN RELATION TO PARI-MUTUEL HARNESS RACING, Respondent. (No. 7649.) In the Matter of ABRAHAM CHAIT, Appellant, against BRUCE BROMLEY et al., Constituting the New York State Commission to Investigate State Agencies in Relation to Pari-Mutuel Harness Racing, Respondents. (No. 7650.) In the Matter of BURTON D. CHAIT, Appellant, against BRUCE BROMLEY et al., Constituting the New York State Commission to Investigate State Agencies in Relation to Pari-Mutuel Harness Racing, Respondents. (No. 7651.) In the Matter of SARA CHAIT, Appellant, against BRUCE BROMLEY et al., Constituting the New York State Commission to Investigate State Agencies in Relation to Pari-Mutuel Harness Racing, Respondents. (No. 7652.) In the Matter of SIDNEY ELLIS, Appellant, against BRUCE BROMLEY et al., Constituting the New York State Commission to Investigate State Agencies in Relation to Pari-Mutuel Harness Racing, Respondents. (No. 7653.) — On the ground that item 3 of the subpœnas in question is, in each case, by its terms wholly unlimited as to time, the subpœnas (A) in Appeals Nos. 7649, 7650, 7651 and 7652 should be modified so as to provide that the list of securities or in the alternative the securities to be produced, should be limited to securities owned or acquired, directly or indirectly, by the person or corporation subpœnaed from January 1, 1946, to date; and the subpœnas (B) in Appeal No. 7653, the said item 3 in that subpœna should be similarly modified by inserting as the limited time from January 1, 1948, to date; as so modified the orders appealed from are unanimously affirmed, without costs. Settle orders on notice. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

**(February 9, 1954.)**

■

COSMOS DENTAL PRODUCTS, INC., Respondent-Appellant, et al., Plaintiffs, v. KIAMIE NEW YORK CORP., Respondent, and ARTINTYPE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.